IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMY GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:15-cv-00166-Y |
| | § | |
| STEPHENS & MICHAELS | § | |
| ASSOCIATES, INC., | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Amy Gonzalez ("plaintiff"), and Defendant, Stephens & Michaels Associates, Inc. ("SMA"), hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, with prejudice, and with each side to bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ Amy Gonzalez
Amy Gonzalez
416 Chatamridge Court
Fort Worth, TX 76052
Telephone: (817) 909-8558
gonamyleigh@yahoo.com

**Pro Se Plaintiff**

/s/ Whitney L. White
Whitney L. White
State Bar No. 24075269
Sessions Fishman Nathan & Israel LLC
900 Jackson Street, Suite 440
Dallas, Texas 75202
Telephone: (214)741-3001
Facsimile: (214)741-3055
Email: wwhite@sessions-law.biz

**Attorney for Defendant,
Stephens & Michaels Associates, Inc.**