IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMY GONZALEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-166-Y |
| | § | |
| STEPHENS & MICHAELS ASSOCIATES, INC | § § | |

## FINAL JUDGMENT

Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all of Plaintiffs' claims against Defendant are hereby DISMISSED WITH PREJUDICE. Attorney's fees and costs of court under 28 U.S.C. § 1920 shall be borne by the party incurring them.

SIGNED August 27, 2015.

*/s/ Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE